HUTELMYER v. COX

No. 319A99

Case below: 133 N.C.App. 364

Motion by defendant to dismiss appeal allowed 3 February 2000.

IN RE ROGERS

No. 574P99

Case below: 135 N.C.App. 631

Petition by respondent (Daniel Lee Hodge) for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.

IN RE WILL OF KRANTZ

No. 565P99

Case below: 135 N.C.App. 354

Petition by caveator (Robert Krantz) for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

JARVIS v. FOOD LION, INC.

No. 434P99

Case below: 134 N.C.App. 363

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999.

JONES v. PURINGTON

No. 547P99

Case below: 135 N.C.App. 384

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.